IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GIA VON KARL**,

        Plaintiff,

   v.

**OREGON, et al.**,

        Defendants.

No. 3:17-cv-00288-MO

OPINION AND ORDER

**MOSMAN, J.**,

    Plaintiff, through a purported "Authorized Representative" named Jayasri Bhalla El, filed a Complaint [2] against multiple defendants based on allegations that they have violated the Fair Debt Collection Practices Act, and that they have harassed, extorted, and threatened to convict Plaintiff for a traffic violation. Plaintiff also filed an Application to Proceed *in forma pauperis* [1], which also appears to be signed by Jayasri Bhalla El.

    Under 28 U.S.C. § 1915(e)(2)(B)(ii), a complaint filed *in forma pauperis* must be dismissed before service of process if it fails to state a claim on which relief may be granted. Plaintiff may not be represented in Federal Court by an "authorized representative" who is not an attorney. Thus, Plaintiff's Application to Proceed *in forma pauperis* [1] is DENIED and the

1 – OPINION AND ORDER

Complaint [2] is DISMISSED, without service of process

    IT IS SO ORDERED.

    DATED this \_\_\_6th\_\_\_ day of March, 2017.

/s/ Michael W. Mosman
_____
MICHAEL W. MOSMAN
Chief United States District Judge

2 – OPINION AND ORDER